Same case below, 587 F.3d 543.

■

**No. 10-5955. Daryl Session, Petitioner v. United States.**

562 U.S. 1169, 131 S. Ct. 900, 178 L. Ed. 2d 805, 2011 U.S. LEXIS 168.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 378 Fed. Appx. 115.

■

**No. 10-6133. Wilfredo Schery, Petitioner v. United States.**

562 U.S. 1169, 131 S. Ct. 902, 178 L. Ed. 2d 805, 2011 U.S. LEXIS 24.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

■

**No. 10-6668. Cary Kerr, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1142, 131 S. Ct. 907, 178 L. Ed. 2d 805, 2011 U.S. LEXIS 493.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 384 Fed. Appx. 400.

■

**No. 10-7106. Mindy Zied-Campbell, Petitioner v. Estelle Richman, et al.**

562 U.S. 1169, 131 S. Ct. 917, 178 L. Ed. 2d 805, 2011 U.S. LEXIS 200.

January 10, 2011. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Third Circuit denied.